## THE STATE v. DILLARD.

CRIMINAL LAW: THE STATE V. WESTFALL, 49 IOWA, 328, FOLLOWED.

*Appeal from Warren District Court.*

TUESDAY, DECEMBER 16.

*C. C. Cole, Williamson & Parrott,* for appellant.

*J. F. McJunkin, Attorney General,* for the State.

PER CURIAM.—This cause was submitted upon a stipulation between the Attorney General and defendant's counsel, to this effect, that it involves the same questions decided by this court, in *The State v. Benjamin Westfall,* at the Dubuque, October term, 1878, reported in 49 Iowa, 328.

Following that decision the judgment of the court below in this case is

REVERSED.